FILED
2006 Jul-13 AM 08:51
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| WILLIE DEAN JOHNSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CV 03-CO-3084-NE |
| ) | |
| WARDEN JERRY FERRELL; ATTORNEY ) | |
| GENERAL FOR THE STATE OF ALABAMA, ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed findings and recommendation on June 9, 2006 recommending that the petition for writ of habeas corpus be denied. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby ADOPTED and his recommendation is ACCEPTED. Accordingly, the petition for writ of habeas corpus is due to be DENIED. A Final Judgment will be entered.

Done this 12th day of July 2006.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
124153